| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | IAN P. WHITNEY |
| | Special Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| | Attorneys for the |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:13-cr-00070-GSA |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| v. | ) | |
| | ) | To: |
| ALICIA M. HAUDENSCHILD, | ) | DATE: Thursday, May 23, 2013 |
| | ) | TIME: 10:00 am |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Ian P. Whitney, Counsel for Plaintiff, and Janet Bateman, Counsel for Defendant Alicia M. Haudenschild, that the status conference currently set for Thursday, May 9, 2013, at 1:30 p.m., **may be continued to Thursday, May 23, 2013, at 10:00 a.m. before Judge Barbara A. McAuliffe.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv), because of further need for defendant and

- 1 - STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER THEREON

defense counsel to review discovery and the government's plea offer, and because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: May 6, 2013        By:   /s/ Ian P. Whitney
                                      IAN P. WHITNEY
                                        Special Assistant U.S. Attorney

Dated: May 6, 2013        By:   /s/ Janet Bateman
                                        JANET BATEMAN
                                        Attorney For Defendant

**ORDER**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: __**May 6, 2013**__                   __**/s/ Gary S. Austin**__
                                                     UNITED STATES MAGISTRATE JUDGE